1038

No. 747. MCLANE ET UX. v. COMMISSIONER OF IN-
TERNAL REVENUE. C. A. 9th Cir. Certiorari denied.
*Thaddeus Rojek* for petitioners. *Solicitor General Gris-
wold, Assistant Attorney General Rogovin* and *Gilbert E.
Andrews* for respondent.

No. 751. KOHLER ET AL. v. WASHINGTON. Super. Ct.
Wash., County of King and/or Sup. Ct. Wash. Certio-
rari denied. *Clarence W. Pierce* and *Michael R. Alfieri*
for petitioners.

No. 753. BIRNS v. OHIO. Sup. Ct. Ohio. Certiorari
denied. *Jack G. Day* for petitioner. *John T. Corrigan,
Harvey R. Monck* and *Charles W. Fleming* for
respondent.

No. 758. GATES v. P. F. COLLIER, INC. C. A. 9th Cir.
Certiorari denied. *Wilbur K. Watkins, Jr.,* for petitioner.
*Peter Megargee Brown* for respondent.

No. 761. INTERNATIONAL ATLAS SERVICES, INC., A
DIVISION OF ATLAS CORP., FORMERLY INTERNATIONAL
AIRCRAFT SERVICES, INC. v. TWENTIETH CENTURY AIR-
CRAFT CO. ET AL. Ct. App. Cal., 2d App. Dist. Cer-
tiorari denied. *John D. Gray* for petitioner. *Leonard H.
Monroe* for respondents.

No. 763. HOUSING AUTHORITY OF THE CITY OF LOS
ANGELES v. HOLTZENDORFF ET AL. Ct. App. Cal., 2d
App. Dist. Certiorari denied. *Jack E. Hildreth* and
*Richard R. Rogan* for petitioner. *Herman F. Selvin* for
respondents.